# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-22-00704-CV

---

### K. L., E. L. and C. P., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

---

### FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-13-004111, THE HONORABLE CLEVE WESTON DOTY, JUDGE PRESIDING

---

## O R D E R

**PER CURIAM**

Appellant C.P. has filed an unopposed motion to dismiss her appeal. We grant C.P.'s motion and dismiss the appeal as to C.P. *See* Tex. R. App. P. 42.1(a)(1). We direct the Clerk of this Court to restyle the caption of the instant appeal as follows:

K.L. and E.L., Appellants

v.

Texas Department of Family and Protective Services, Appellee

It is ordered on January 6, 2023.

Before Justices Baker, Kelly, and Smith